# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JUSTIN HENDERSON,**

    Plaintiff,

v.                                       **Case No. 19-CV-422**

**SCOTT HOFFTIEZER,**

    Defendant.

# ORDER

On January 31, 2020, this court ordered Plaintiff Justin Henderson to show cause why the court should not grant the defendant's motion for summary judgment and dismiss this case. (ECF No. 29.) On February 14, 2020, after Henderson informed the court that he had not received the defendant's motion, the court ordered the defendant to resend his summary judgment materials to Henderson and ordered Henderson to respond by March 30, 2020. (ECF No. 31.) That date has passed, and Henderson still has not responded to the motion or informed the court of his inability to do so.

The court will give Henderson a final opportunity to respond to the motion. If he does not do so by the below deadline, the court will grant the defendant's motion for summary judgment and dismiss the case without further notice or hearing. *See* Civil L. R. 7(d) ("Failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion.")

**IT IS THEREFORE ORDERED** that, on or before **April 27, 2020**, Henderson shall either respond to the defendant's motion for summary judgment or file a letter explaining why he is unable to do so. If Henderson fails to comply with this order, the court will grant the defendant's motion for summary judgment and dismiss this case without further notice.

Dated in Milwaukee, Wisconsin, this 8th day of April, 2020.

BY THE COURT:

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge