# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JUSTIN HENDERSON,**

    Plaintiff,

  v.                                                                      **Case No. 19-CV-422**

**SCOTT HOFFTIEZER,**

    Defendant.

# ORDER

On December 18, 2019, the defendant moved for summary judgment. (ECF No. 23.) On April 24, 2020, after several delays by plaintiff Justin Henderson and three extensions from the court, Henderson submitted his response to the defendant's motion. (ECF No. 33.) Under Civil L. R. 56(b)(3), the defendant's reply materials, if any, were due within fourteen days of service of Henderson's response, by May 8, 2020.

On April 9, 2020, however, Chief District Judge Pamela Pepper issued General Order 20-8, which stayed all deadlines in civil cases brought in this district by Wisconsin DOC inmates until forty-five days after Wisconsin Governor Evers' Safer at Home order was lifted or expired. On May 13, 2020, the Supreme Court of Wisconsin struck down the Stay at Home order. *See Wisconsin Legislature v. Palm*, No. 2020AP765-OA (Wis. May 13, 2020), *available at* https://www.wicourts.gov/sc/opinion/DisplayDocument.pdf?content=pdf&seqNo=260

868. Because the defendant's deadline to file his reply was set while General Order 20-8 was in effect, his deadline was stayed by that order. The Stay at Home order is no longer in effect. The defendant therefore has forty-five days from the date of the Wisconsin Supreme Court's order to file his reply materials.

**IT IS THEREFORE ORDERED** that the defendant must file his reply to Henderson's response to the defendant's motion for summary judgment **by June 29, 2020**.

Dated in Milwaukee, Wisconsin, this 22nd day of May, 2020.

BY THE COURT:

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

2